# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Toho Co., Ltd.

                                        Plaintiff,

v.                                                      Case No.:
                                                        1:23−cv−03744
                                                        Honorable Elaine E.
                                                        Bucklo

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 7, 2023:

　　　　MINUTE entry before the Honorable Elaine E. Bucklo: The Court has reviewed the plaintiff's status report. Status hearing is reset for 9/8/2023 at 9:45 a.m. as to non−dismissed defendant. (to track the case only, no appearance is required). The parties shall file a joint written status report by 9/1/2023. The court will enter a scheduling order in response to the status report. Plaintiff to submit their proposed order of default judgment to this court's proposed order e−mail inbox. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.